STATE OF NEW JERSEY v. GUILLERMO LEON VALENCIA,
FRANCISCO GOMEZ, ARTURO GOMEZ AND
GUILLERMO LEON HERRARA.

April 20, 1982.

Leave to appeal granted.

STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. GUILLER-
MO LEON VALENCIA, FRANCISCO GOMEZ AND ARTURO
GOMEZ, DEFENDANTS-RESPONDENTS, AND GUILLERMO
LEON HERRARA, DEFENDANT.

Argued November 9, 1982—Decided May 16, 1983.

